UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

SSJ ENTERPRISES, LLC and
STREET SEARCH, LLC,

Plaintiffs,

-v- C.A. No. 04-444ML

XRAYMEDIA, INC.,

Defendant.

---

**JOINT MOTION TO MODIFY PRE-TRIAL DATES**

The parties hereby jointly move to modify the pre-trial deadlines set forth in the Court's March 28, 2005 scheduling Order, for the reasons set forth below:

This case involves issues regarding restricted stock in defendant, a start-up internet company based in Vancouver, BC. The case was filed on October 13, 2004. The Answer was filed on February 17, 2005. Thereafter, defendant served document requests. A pre-trial conference was held with Magistrate Judge Almond on March 28, 2005, resulting in the scheduling Order setting various pre-trial dates. A settlement conference with Magistrate Almond was held on June 28, 2005.

In anticipation of the settlement conference, the parties have delayed conducting additional discovery, in an attempt to preserve resources and to make settlement more affordable. As a result, plaintiff delayed serving discovery requests, and did not complete production of documents which defendant requires in order to retain an expert in this case. Additionally, defendant is cash-strapped, and has difficulty funding the defense of this lawsuit, and is hoping to avoid a situation where defense counsel moves to withdraw for failure to pay fees.

The settlement conference was conducted in good faith, and the parties made progress, but the matter did not settle. Accordingly, the parties jointly request a postponement of 120 days of the pre-trial dates in the Order, as follows:

1. Discovery will be closed by January 30, 2006

2. Plaintiff shall make its expert witness disclosures by November 1, 2005. Defendant shall make its expert witness disclosures by December 1, 2005

3. Dispositive motions shall be filed by February 14, 2006.

4. Pre-trial memoranda will be filed, if no dispositive motions are filed by the parties, by March 3, 2006.

Dated: July 29, 2005

Howard E. Walker, LSBP

Howard E. Walker, Esq.
P.O. Box 299
Hope Valley, RI 02832
Tel. 401-539-6767
Fax. 401-539-0066
E-mail hewlaw@direcway.com

Attorney for Plaintiff

William A. Jacobson, Esq. (#5104)
Shanna L. Pitts, Esq. (#6504)
Law Offices of William A. Jacobson, Inc.
850 Turks Head Building
Providence, RI 02903
Tel. 401-490-7500
Fax. 401-490-5680
E-mail waj@wjacobson.com

Attorneys for Defendant