UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SSJ ENTERPRISES, LLC and
STREET SEARCH, LLC, Plaintiffs

vs.

XRAYMEDIA, INC.,
Defendant

C.A. No. 2004-444ML

**PLAINTIFFS' MOTION TO QUASH OR FOR A PROTECTIVE ORDER**

Plaintiffs move for an order quashing three subpoenas Defendant served on stockbrokers for plaintiffs' principals, on the grounds that the subpoenas are overbroad, seeking information unrelated to the claims or defenses of any party and hence beyond the scope of Rule 26, and that the subpoenas intrude unnecessarily on the privacy of plaintiff's principals. The grounds for this motion and the precise relief requested are set forth in more detail in the memorandum below.

By their Attorneys,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

Dated: September 16, 2005

**MEMORANDUM IN SUPPORT OF MOTION TO QUASH OR FOR A PROTECTIVE ORDER**

This is an action for breach of a contract under which Plaintiffs were to perform certain services for Defendant in exchange for shares of defendant's stock.

Defendant served a request for production asking for "All documents showing the ownership, purchase, and/or sale in shares of defendant by plaintiffs, Podesta, and/or Jamel[1], directly or in connection with accounts over which plaintiffs, Podesta and/or Jamel exercised any measure of control."

Plaintiffs complied by producing copies of their (and/or their principals') brokerage account statements showing their holdings and trading activity in shares of XRAYMEDIA. Plaintiffs redacted from the statements evidence of holdings and trading activity in shares of companies other than XRAYMEDIA.

Defendant responded by issuing subpoenas *duces tecum* (returnable September 23, 2005) to each of three stock brokerage firms, requesting the following records of all accounts held by plaintiffs and their principals, Podesta and Jemal:

> 1. For the time period January 2003 to the present, all documents regarding accounts of, or for the benefit of, SSJ Enterprises, LLC, Street Search, LLC, Jeffrey Podesta ("Podesta"), Stephen Jemal ("Jemal"), Emil Friedman and/or Tibor Hersko Co, or over which such person exercised any measure of control, including, but not limited to, account numbers 7551-4389,7518-6166, and 7715-5505.
>
> 2. Records identifying all accounts of or for the benefit of SSJ Enterprises, LCC, Street Search LLC, Podesta and Jemal, or over which such persons exercised any measure of control.

[1] Jeffrey Podesta and Stephen Jemal are principals of plaintiffs Street Search and SSJ, respectively.

Obviously, these subpoenas seek complete records – since January 2003 – of all holdings and trading activity in those accounts, not just holdings and trading in shares of XRAYMEDIA. Information about the finances, investment holdings, and trading activity of plaintiffs and their principals – other than as relates to XRAYMEDIA – is wholly unrelated to the claims or defenses asserted by any of the parties to this action and hence is beyond the proper scope of Rule 26. Moreover, the subpoenas are highly – and unnecessarily – intrusive on the privacy of plaintiffs and their principals.

Plaintiffs' counsel has discussed these points with defense counsel, who has declined to limit the scope of the subpoenas. Hence we seek relief from the court.

For the foregoing reasons, the court should grant the motion to quash and for protective order and limit disclosure under the subpoenas to information pertaining to holdings and trading activity in shares of XRAYMEDIA.

Respectfully submitted,

Howard E. Walker (#1085)
P.O. Box 299
Hope Valley, Rhode Island 02832
Tel. (401) 539-6767
Fax. (401) 539-0066
E-mail: hewlaw@direcway.com

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the above document to be served by email and first class mail on the below named counsel on September 16, 2005.

William A. Jacobson, Esq.
Law Offices of William A. Jacobson, Inc.
850 Turks Head Building
Providence RI 02903

Howard E. Walker (#1085)