EXHIBIT
tabbies
A



JEFFREY J. PODESTA

Q. When, sir?
A. I got out in '71.
Q. And tell me briefly what you have been doing professionally since 1971?
A. What I'm doing was -- I was in the tennis business up until 1980. And then '81 then went into the brokerage business with Kidder Peabody, Smith Barney, Tucker Anthony. Did the brokerage business. Then did the money manager, client servicing, marketing, from '93 to '96. And then from '96 to present had Street Search.
Q. Other than the two Street Search entities and other than the property which you have described in New Jersey which is under contract with Toll Brothers, are you a shareholder or a partner in any other company?
A. I have just Street Search LLC which is my original New Jersey, whatever, LLC.
Q. Is that an active business?
A. No.
Q. Has it ever been an active business?
A. Active in the sense of just my accountants doing the personal stuff.
Q. Does it have any assets?



JEFFREY J. PODESTA

A. No.
Q. Has it ever had any assets?
A. No.
Q. Is that the entity which you use to have payments made and that LLC made payments to you, is that a fair characterization?
A. I think so.
MR. WALFISH: Leo, just so we are clear, I think as part of the production in light of the witness' testimony, financial and banking records relating to that company would also be embraced by our production request.
Q. Aside from the last company that you just told me about, are a shareholder or partner in any other company?
A. No.
Q. Are you a member in any limited liability company aside from those that you have told us about?
A. No.
Q. Your house was first acquired in April of 2000; is that correct?
A. Correct.
Q. How much was it purchased for?

JEFFREY J. PODEST

A. I think it was purchas million-300 or a million-350. Either one of those.
Q. Where did the funds come from to purchase the house, sir?
A. From the sale of the 9 Sailers Way Rumson.
Q. And that generated $750,000?
A. Yes.
Q. Was there a mortgage on the property at the time that had to be satisfied?
A. A small one, as I remember. But I don't have that -- there was a mortgage.
Q. Do you recall what the net proceeds you realized on the sale of 9 Sailers Way was?
A. Probably 7 something, low 7s, probably, after commissions.
Q. So you invested that 700 some odd thousand dollars to purchase 145 Rumson; is that correct?
A. 145 Bingham.
Q. 145 Bingham, absolutely right, I'm sorry.
And that left about $650,000. Was



JEFFREY J. PODESTA

that additional cash invested or was that by way of a mortgage?
A. Both, I believe.
Q. Tell me what you mean by both?
A. Both an additional mortgage and cash.
Q. How much additional cash was put into the house?
A. Probably about 250 in that area.
Q. Did that come from one account that you maintained or a number of accounts?
A. Probably one account.
Q. Do you recall which account that was?
A. Probably the checking account or one of the brokerage accounts then.
MR. WALFISH: Again, Leo, at the risk of repetition we would like that account information.
Q. How much was in those accounts at the time that you pulled out the $250,000?
A. Probably that was it.
Q. How much was the mortgage that you obtained at the time, if you recall?
A. Probably whatever the balance would be.