EXHIBIT B

A. Yes.

**Q. So SSJ has never entered into that type of alleged agreement with any other party other than X-ray Media and ICOA?**

A. I have no other signed contract with any other companies at this point other than ICOA and X-ray Media.

**Q. SSJ Enterprises has a principal place of business in New York State, correct?**

A. Yes, sir.

**Q. Is it a limited liability company organized pursuant to the laws of New York?**

A. Yes, sir.

**Q. X-ray Media is located where; do you know?**

A. They have a presence in, I believe, in Minnesota. I think they use Minnesota as their -- as a presence. Their company is located in Vancouver, Canada.

**Q. And as I understand Mr. Bodesta's testimony yesterday, Street Search is a New Jersey company. Is that your understanding, as well?**

A. Yes.

**Q. Why did SSJ initiate a lawsuit against X-ray Media in Rhode Island; do you know?**

that in order to make the solution work and in order to be able to deliver end to end from concept to completion, that if I didn't have a very, very experienced, very knowledgeable, very seasoned, very educated and savvy individual that understands the inner workings of the stock market and how it really works, that it would not be successful. So then I contacted Jeff and introduced him to this ICOA, and then we ended up forming a partnership arrangement and we went to contract with X-ray and ICOA first.

**Q. Was your or I should say was SSJ's involvement with ICOA the first time SSJ endeavored to provide marketing and branding services to a publicly traded company?**

A. Yes.

**Q. You previously had no experience in that regard, correct?**

A. Plenty of experience.

**Q. Well, providing those types of services to a publicly traded company such as ICOA?**

A. You mean in terms of in a contractual situation? First time.

**Q. First time in a business relationship setting,**

**correct?**

A. Yes, sir.

**Q. Let me ask you this. How is it that you came to estimate or guesstimate, as it were, that having Mr. Bodesta involved was a vital component to that type of a business arrangement?**

A. Sure. Well, because when I've done marketing which I've done since I'm 14 years old, I've been doing it quite a while, my prior experience is with private companies. My own company, specifically The Whiz and developing The Whiz brand name and garnering the experience that I garnered in building that brand name. However, when dealing with a publicly traded company, there's a bit of a difference. Because now you're not dealing in the private sector, Chris. Now you're dealing in the public sector.

So if you're dealing with the public sector, you have to understand and know how to communicate with an existing shareholder base, how you communicate with the shareholder base. You also have to have the right connections to the right brokerage houses. You have to have the ability to have relationships and experience with the market