EXHIBIT C

Q. Are you a member of that company, or owner of that company?

A. Yes.

Q. Are there any another members or owners of that company?

A. No.

Q. How many employees are there in Street Search, LLC?

A. Myself.

Q. So, you're a one man band as it were.

A. Yes.

Q. What is the business of Street Search, LLC?

A. We invest in public and private companies.

Q. When you say invest in, what does that mean exactly?

A. What do you mean, what does it mean?

Q. Well, what do you mean? Does Street Search, LLC actually invest in companies, or do you find investors for companies? What exactly is the nature of your business?

A. The nature of the business is I have clients, money managers, and we have clients for them.

Q. So, Street Search, LLC doesn't actually