**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-444ML** **DATE: October 3, 2005**

**TITLE: SSJ Enterprises, LLC, et al. v. XRaymedia, Inc.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Howard Walker, Esq.
Shanna Pitts, Esq.
William Jacobson, Esq.

**PROCEEDING:** Plaintiffs' Motion to Quash or for a Protective Order

Attorneys argue.

**RULING:** **Court takes under advisement.**
**Memorandum and Order to follow.**