UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

SSJ ENTERPRISES, LLC and
STREET SEARCH, LLC,

Plaintiffs,

-v- C.A. No. 04-444ML

XRAYMEDIA, INC.,

Defendant.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S EXPERT WITNESS DISCLOSURES**

Defendant Xraymedia, Inc. hereby moves to extend defendant's deadline to make expert witness disclosures, pursuant to this Court's Order entered, August 1, 2005, from December 1, 2005, to January 30, 2006.

The grounds for this motion are as follows: Plaintiffs only recently served their interrogatory answers setting forth their damage calculations. Additionally, defendant has encountered delays in obtaining documents from non-parties. Accordingly, defendant is not in a position to make its expert witness disclosures by the current deadline.

The undersigned has consulted with Howard Walker, Esq., counsel for plaintiffs, who stated that plaintiffs do not oppose this motion.

Dated: November 18, 2005

Respectfully submitted,

William A. Jacobson, Esq. (#5104)
Shanna L. Pitts, Esq. (#6504)
Law Offices of William A. Jacobson, Inc.
850 Turks Head Building
Providence, RI 02903
Tel. 401-490-7500
Fax. 401-490-5680
E-mail waj@wjacobson.com

Attorneys for Defendant

**CERTIFICATION OF SERVICE**

I hereby certify that on November 18, 2005, I served a true and correct copy of the foregoing, by e-mail and first class mail, postage prepaid, upon the following:

Howard E. Walker, Esq.
P.O. Box 299
Hope Valley, RI 02832