UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SSJ ENTERPRISES, LLC and STREET SEARCH, LLC, Plaintiffs | : | C.A. No. 2004-444ML |
| vs. | : | |
| XRAYMEDIA, INC., Defendant | : | |

**ORDER**

This matter came before the court on May 31, 2006 upon plaintiffs' motion – consented to by defendant – for an order settling this case and approving the issuance of securities pursuant to Section 3(a)(10) of the Securities Act of 1933, as amended (the "Act"). Based on the entire record on file herein, including the points and authorities set forth in the motion papers, it is hereby

**ORDERED**

1. The Court hereby orders that the matter be settled by the issuance of 35 million shares of common stock of defendant XRAYMEDIA, Inc. to plaintiffs and their attorney in such proportions as plaintiffs, through their attorney, may direct.

2. The Court finds that the Plaintiffs, as the parties to whom the shares would be issued, had notice of this motion and of the hearing thereon, had a right to be heard thereon, and freely gave their consent to the motion.

3. The Court was advised by the parties, before the hearing, that if the terms and conditions of the settlement are approved, registration of the securities will not be required under the Act by virtue of the Court's approval.

4. The Court, based on the entire record before it, approves the terms and conditions of the proposed settlement as fair and equitable to all concerned.

By order:

Deputy Clerk

Dated: 5/31/06

Enter:

Mary M. Lisi
US DJ 5/31/06